## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The School District of Philadelphia, | : : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| Ellis Jones, | : | No. 2150 C.D. 2013 |
| Respondent | : | |
| | | |
| Ellis Jones, | : | |
| Petitioner | : | |
| v. | : | |
| | : | |
| The School District of Philadelphia, | : : | |
| Respondent | : | No. 2230 C.D. 2013 |

PER CURIAM

ORDER

AND NOW, this 1st day of August, 2016, the Opinion in the above matter, filed June 2, 2016, is amended to reflect the following correction.

> Page 11, the sentence citing 24 P.S. § 11-1122, should read as follows:
>
> Specifically, Section 1122(a) of the School Code provides that the contract of a professional employee may only be terminated for "immorality; incompetency; unsatisfactory teaching performance . . . ; intemperance; cruelty; persistent negligence in the performance of duties; wilful neglect of duties; physical or mental disability . . . ; advocation of or participating in un-American or subversive doctrines; conviction of a felony or acceptance of a guilty plea or nolo contendere therefor; [or] persistent and wilful violation of . . . school laws . . . ." 24 P.S. § 11-1122(a).

In all other respects, the Opinion shall remain the same.